UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF OHIO AT DAYTON

GARY W. MUFFLEY, Regional Director of the
Ninth Region of the National Labor Relations Board,
For and On Behalf of the NATIONAL LABOR
RELATIONS BOARD

        Applicant

v.

Case No. 3:14mc00005

District Judge Thomas M. Rose
Chief Magistrate Judge Sharon L. Ovington

JOSEPH HECK, An Individual

and

SCOTT GEBHARDT, An Individual

        Respondents

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On April 23, 2014, this Court issued an Order to Respondents, Joseph Heck and Scott Gebhardt (hereinafter Heck and Gebhardt), requiring them to appear before the Court and show cause why they should not be ordered to appear before an agent of the National Labor Relations Board and give testimony pursuant to subpoenas issued by the Board. Applicant has now advised the Court that Heck and Gebhardt have complied with its subpoenas and provided testimony. Accordingly, this matter is dismissed without prejudice and remanded from the Court's docket.

                                              */s/ Sharon L. Ovington*
                                              United States Magistrate Judge

Dated at Dayton, Ohio
May 30, 2014